```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
                   INDIANAPOLIS DIVISION


KAREN WEBSTER,                    )
                                  )
         Plaintiff,               )
    vs.                           ) NO. 1:13-cv-00858-TWP-MJD
                                  )
INDIANA UNIVERSITY HEALTH, INC.,  )
                                  )
         Defendant.               )
```

### MINUTE ENTRY FOR NOVEMBER 26, 2013
### STATUS CONFERENCE
### HON. MARK J. DINSMORE, MAGISTRATE JUDGE

Parties appeared by telephone for a Status Conference. The parties reported that a settlement had been reached in this action. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

Within thirty (30) days of the date of this entry, counsel for the Plaintiff shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted for good cause shown, if requested in writing before expiration of this period.

So ORDERED.

Dated:   11/26/2013

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.