**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Indianapolis Division**

| | |
|---|---|
| **KAREN WEBSTER**     )<br>                                         )<br>         **Plaintiff,**          )<br>                                         )<br>v.                                     )<br>                                         )<br>**INDIANA UNIVERSITY HEALTH, INC.**  )<br>                                         )<br>         **Defendant.**        )<br>                                         ) | Case No.: 1:13-cv-0858 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Karen Webster and Defendant Indiana University Health, Inc., all of the parties who have appeared in the above-captioned action, as evidenced by the respective signatures of counsel below, STIPULATE AND AGREE that Plaintiff's Complaint, including any and all amendments thereto, and any and all claims and causes of action, are hereby dismissed *with prejudice* as to all parties, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
|      */s/ John T. Harrington*      |      */s/ Alejandro Valle*      |
| R. Scott Oswald (*pro hac vice*) | Alejandro Valle, Esq. (*with permission*) |
| John T. Harrington (*pro hac vice*) | Gonzalez Saggio & Harlan LLP |
| The Employment Law Group, P.C. | 135 N. Pennsylvania Street, Suite 1740 |
| 888 17th Street, N.W., 9th Floor | Indianapolis, IN  46204 |
| Washington, D.C. 20006 | (317) 686-9800 |
| (202) 261-2803 | (317) 696-9821 (facsimile) |
| (202) 261-2835 (facsimile) | vallea@gshllp.com |
| soswald@employmentlawgroup.com | *Counsel for Defendant* |
| tharrington@employmentlawgroup.com | |

*/s/ Sandra L. Blevins*
Kevin Betz, Esq.
Sandra L. Blevins, Esq.
Betz + Blevins
One Indiana Square, Suite 1660
Indianapolis, IN 46204
(317) 687-2222
(317) 687-2221 (facsimile)
kbetz@betzadvocates.com
sblevins@betzadvocates.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of December, 2013, a copy of the foregoing Stipulation of Dismissal with Prejudice was sent via electronic and first class mail to the following:

Alejandro Valle, Esq.
Gonzalez Saggio & Harlan LLP (Attorneys at Law)
135 N. Pennsylvania Street, Suite 1740
Indianapolis, IN  46204
vallea@gshllp.com
*Counsel for Defendant*

      */s/ John T. Harrington*
John T. Harrington